MINOR *v.* THE STATE.

HOLDEN, J. There was no error in the charges complained of, nor in the failure or refusals to charge; and no other ruling, of which complaint is made, requiring a new trial. The evidence supported the verdict, and the court did not abuse its discretion in overruling the motion for a new trial.          *Judgment affirmed. All the Justices concur.*

Argued April 1℃,—Decided May 13, 1909.

Indictment for rape. Before Judge Hammond. Richmond superior court. March 13, 1909.

*A. L. Franklin,* for plaintiff in error.

*John C. Hart, attorney-general,* and *J. S. Reynolds, solicitor-general,* by *John M. Graham,* contra.